**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-2256**

WILLIAM P. HALEY,

                                        Plaintiff - Appellant,

          versus

W.   RANDOLPH   NICHOLS,   Superintendent,
Chesapeake Public Schools,

                                        Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:06-cv-00361-RAJ)

Submitted:  May 31, 2007            Decided:  June 4, 2007

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William P. Haley, Appellant Pro Se.  Robert Jon Barry, David John
Sullivan, KAUFMAN & CANOLES, PC, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William P. Haley appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Haley v. Nichols, No. 2:06-cv-00361-RAJ (E.D. Va. Oct. 4 & 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED